# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Case No. 07-cv-01491

**VIRGIL ANDERSON-BEY,**
    Applicant

v.

**ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,**
    Respondent
_____

## ORDER FOR PRODUCTION OF STATE COURT RECORD
_____

THIS COURT has reviewed Applicant's "Motion For Production Of State Court Record" (Docket No. 15). On July 16, 2007, Mr. Anderson filed in this court a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1) The petitioner requested that the court order the production of the state court records in Colorado Court of Appeals case number 04CA2577, and include them in the record before this court.

THE COURT concludes that this motion should be granted and directs the appropriate state records custodians to produce and transmit to the Clerk of this Court the entire state court record in Mr. Anderson's case no. 04CA2577 in their current form, without renumbering or otherwise altering them.

SO ORDERED.

Signed and entered this 19th day of December, 2007.

                      BY THE COURT:

                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      CHIEF UNITED STATES DISTRICT JUDGE