IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01491-EWN-MJW

VIRGIL ANDERSON-BEY,

Petitioner,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,

Respondent.

**ORDER OF RECUSAL**

**Michael J. Watanabe, U.S. Magistrate Judge**

    This case is before the Court pursuant to an Order of Reference from Chief District Judge Edward W. Nottingham, dated May 23, 2008. In reviewing this case, the Notice (docket no. 19) filed by Petitioner, and the record from the Arapahoe County District Court under case number 88-CR-493, I find that I must recuse myself from this case due to a conflict in interest. I was previously employed as a deputy district attorney for the Eighteenth Judicial District, District Attorney's Office which includes the counties of Arapahoe, Douglas, Lincoln and Elbert counties and I was involved in other prosecutions of the Petitioner during my tenure with the District Attorney's Office.

    Accordingly, pursuant to 28 U.S.C. § 455 the undersigned recuses himself for services in the above captioned matter since my impartiality might reasonably be questioned. I direct that this case be returned to the Clerk of Court for reassignment by random draw for a new Magistrate Judge.

    Dated this 28th day of May 2008, in Denver, Colorado.

    BY THE COURT

    s/ Michael J. Watanabe
    MICHAEL J. WATANABE
    U.S. Magistrate Judge