IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.  07-cv-01491 RPM

VIRGIL ANDERSON-BEY

     Plaintiff,

vs.

ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections,

     Defendant.

_____

## ORDER RETURNING STATE COURT RECORD
_____

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 5th day of November, 2012.


BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge